No. 677. EMLENTON REFINING COMPANY *v.* WALTER A. CHAMBERS, TRADING AS G. L. P. CHAMBERS AND COMPANY, TO THE USE OF JAMES A. ADAMS, ETC. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. J. E. Mullin* and *W. Pitt Gifford* for petitioner. *Mr. Henry J. Bigham* for respondents.

———

No. 681. MARSHALL HODGMAN, GEORGE I. SEIDMAN, PERCY HEINEMAN, ET AL. *v.* ATLANTIC REFINING COMPANY AND SUPERIOR OIL CORPORATION. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. John W. Davis* and *Andrew C. Gray* for petitioners. *Messrs. Ira Jewell Williams, Robert H. Richards,* and *Charles E. Hughes* for respondents.

———

No. 683. CARNEGIE STEEL COMPANY *v.* COLORADO FUEL AND IRON COMPANY. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. D. Anthony Usina, Henry M. Huxley,* and *George W. Morgan* for petitioner. *Mr. Fred Farrar* for respondent.

———

No. 687. WESLEY L. SISCHO *v.* FINCH R. ARCHER, WARDEN. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Marshall B. Woodworth* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Messrs. Alfred A. Wheat,* and *Harry S. Ridgely* for respondent.